UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
JONES, ELAINE B.                                             Case No. 06-54677
                                                             Chapter 7
                                                             Honorable THOMAS J. TUCKER

_____Debtor(s)_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 3,632.78 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Inphynet Contracting SVCS, Inc.<br>c/o NCO Financial Seystems, Inc.<br>1840 Washington Blvd, Dept 500<br>Baltimore, MD 21230 | 12 | $230.00 |
| Inphynet Contracting SVCS, Inc.<br>c/o NCO Financial Seystems, Inc.<br>1840 Washington Blvd, Dept 500<br>Baltimore, MD 21230 | 12I | $16.33 |
| Elaine Jones<br>30270 Wedgewood Circle<br>Roseville, MI 48066 | Surplus | $3,386.45 |

Dated: August 25, 2009                          /s/ Charles J. Taunt_____.
                                                Charles J. Taunt, Trustee (P24589)
                                                700 East Maple, 2nd Floor
                                                Birmingham, MI 48009-6359
                                                (248) 644-7800
                                                Teetaunt@tauntlaw.com
                                                P24589